[HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID NUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DAVID NUNN<br><br>  Defendant. | Case No.  6:20-PO-00742-HBK<br><br>**JOINT MOTION TO EXTEND MOTION SCHEDULE; [PROPOSED ORDER]** |

## MOTION

The parties, through their respective counsel, Sean O. Anderson, Yosemite National Park Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, David Nunn, hereby jointly move this Court to extend the instant motion schedule, defendant's opening brief to be due on April 20, 2021.

Mr. Nunn was arraigned on January 12, 2021 before the Honorable Helena Barch-Kuchta. The government timely provided initial discovery.  At the status conference on March 9, 2021, Judge Barch-Kuchta set a motion schedule, defendant's opening brief due April 6, 2021.  In preparing the motion, the undersigned defense counsel discovered National Park Service regulations and practices which are of consequence to the case, and requested additional discovery on those matters.  Defense counsel moves the court to extend the deadline for the opening brief to allow compliance and review of the additional discovery request.  The government does not object.

Respectfully submitted,

Dated: April 4, 2021          /s/ Sean O. Anderson
                              SEAN O. ANDERSON
                              Legal Officer Yosemite National Park

Dated: April 4, 2021          HEATHER E. WILLIAMS
                              Federal Defender

                              /s/ Benjamin A. Gerson
                              BENJAMIN A. GERSON
                              Assistant Federal Defender
                              Attorney for Defendant
                              David Nunn

# O R D E R

**GOOD CAUSE APPEARING**, the joint motion to extend the deadline for submission of the defendant's opening brief from April 6, 2021 to April 20, 2021 is granted.

Dated: April _____, 2021    _____
                              HON. HELENA M. BARCH-KUCHTA
                              United States Magistrate Judge