[HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID NUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:20-PO-00742-HBK |
|---|---|
| Plaintiff, | **JOINT MOTION TO EXTEND MOTION SCHEDULE; [PROPOSED ORDER]** |
| vs. | |
| DAVID NUNN | |
| Defendant. | |

**MOTION**

The parties, through their respective counsel, Sean O. Anderson, Yosemite National Park Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, David Nunn, hereby jointly move this Court to extend the instant motion schedule, defendant's opening brief to be due on April 25, 2021.

Mr. Nunn was arraigned on January 12, 2021 before the Honorable Helena Barch-Kuchta. The government timely provided initial discovery. At the status conference on March 9, 2021, Judge Barch-Kuchta set a motion schedule, defendant's opening brief due April 6, 2021. On April 4, 20201, Defense counsel moved the court to extend the deadline for the opening brief to allow compliance and review of an additional discovery request. The government provided the additional discovery on April 14, 2021. Because the instant motion involves a complex analysis of administrative law and procedure, defense counsel again respectfully requests that the deadline of

the initial filing be extended until April 25, 2021 to complete legal research in light of the newly provided discovery. The government does not object.

Respectfully submitted,

Dated: April 20, 2021

/s/ Sean O. Anderson
SEAN O. ANDERSON
Legal Officer Yosemite National Park

Dated: April 20, 2021

HEATHER E. WILLIAMS
Federal Defender

/s/ Benjamin A. Gerson
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
David Nunn

## O R D E R

**GOOD CAUSE APPEARING**, the joint motion to extend the deadline for submission of the defendant's opening brief from April 20, 2021 to April 25, 2021 is granted.

Dated: April _____, 2021

_____
HON. HELENA M. BARCH-KUCHTA
United States Magistrate Judge