[HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID NUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DAVID NUNN,<br><br>            Defendant. | Case No.  6:20-PO-00742-HBK<br><br>**JOINT MOTION TO EXTEND MOTION FILING BY ONE DAY** |

**MOTION**

The parties, through their respective counsel, Sean O. Anderson, Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Raul Reyes, hereby jointly move this Court to extend the deadline for defense motion from April 26, 2021 to April 27, 2021.

This court previously granted defense counsel an extension of time to file an opening brief in the above captioned matter.  In finalizing the motion on the evening of April 26, 2021, part of the document was lost due to a malfunction of the word processing software.  Defense counsel and his assistant have worked diligently to correct the problem as quickly as possible and now request leave of the court to file one day beyond the previously set deadline.  Defense counsel will extend every courtesy to the government in accommodating the changes in the filing schedule.  The government does not object.

1  //

2  //

                                        Respectfully submitted,

Dated:  April 27, 2021              */s/ Sean O. Anderson*
                                        SEAN O. ANDERSON
                                        Legal Officer Yosemite National Park

Dated:  April 27, 2021              HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/  Benjamin A. Gerson*
                                        BENJAMIN A. GERSON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DAVID NUNN

## **O R D E R**

**GOOD CAUSE APPEARING**, defense filing deadline is extended to April 27, 2021.


Dated:  April _____, 2021           _____
                                        HON. HELENA M. BARCH-KUCHTA
                                          United States Magistrate Judge