Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0240

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br><br>DAVID A. NUNN,<br><br>             Defendant. | Docket Number  6:20-po-00742-HBK<br><br><br>**MOTION TO EXTEND GOVERNMENT'S MOTION RESPONSE DEADLINE** |

   The United States, through its counsel, Sean O. Anderson, Legal Officer, hereby moves this Court to extend the deadline for the Government's response to Defense Motion to Dismiss, from May 17, 2021 to May 24, 2021.

   Dated:  May 17, 2021                     /s/ *Sean O. Anderson*_____
                                            Sean O. Anderson
                                            Legal Officer
                                            Yosemite National Park

1