| | |
|---|---|
| 1 | [HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | DAVID A. NUNN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case No. 6:20-po-00742-HBK |
| Plaintiff, | | **DEFENDANT'S REPLY TO GOVERNMENT MOTION FOR EXTENSION OF TIME** |
| vs. | | |
| DAVID A. NUNN, | | |
| Defendant. | | |

Defendant does not oppose to the government's request for extension of time.

Respectfully submitted,

Dated: May 17, 2021        HEATHER E. WILLIAMS
                           Federal Defender


                           */s/ Benjamin A. Gerson*
                           BENJAMIN A. GERSON
                           Assistant Federal Defender
                           Attorney for Defendant
                           David A. Nunn

-1-