Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0240

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number  6:20-po-00742-HBK |
| Plaintiff, | |
| v. | **MOTION TO EXTEND GOVERNMENT'S MOTION RESPONSE DEADLINE** |
| DAVID A. NUNN, | |
| Defendant. | |

The United States, through its counsel, Sean O. Anderson, Legal Officer, hereby moves this Court to extend the deadline for the Government's response to Defense Motion to Dismiss, from May 24, 2021 to June 7, 2021. Defense does not oppose.

Dated:  May 20, 2021                    /s/ *Sean O. Anderson*
                                        Sean O. Anderson
                                        Legal Officer
                                        Yosemite National Park