1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                         IN THE UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                CASE NO. 6:20-PO-00742-HBK

12                 Plaintiff,                DESIGNATION OF COUNSEL

13         v.

14 DAVID A. NUNN,

15                 Defendant.

16

17        The United States of America requests that Assistant U.S. Attorneys Jeffrey A. Spivak and

18 Brodie Butland be added as lead counsel of record for plaintiff to the above-referenced case and added

19 as such to the service list of actions.

20

21   Dated: October 20, 2021                        PHILLIP A. TALBERT
                                                    Acting United States Attorney
22

23                                            By:   /s/ Jeffrey A. Spivak
                                                    JEFFREY A. SPIVAK
24                                                  Assistant United States Attorney

25

26

27

28

DESIGNATION OF COUNSEL