HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
BENJAMIN GERSON, NY Bar #5505144
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
DAVID A NUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>DAVID A NUNN,<br><br>*Defendant.* | Case No.  6:20-PO-00742 HBK<br><br>**APPEARANCE OF COUNSEL OF RECORD AND *CHANGE* IN DESIGNATION OF COUNSEL FOR SERVICE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for DAVID A NUNN, and designate counsel for service as follows:

> BENJAMIN GERSON
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: (559) 487-5561

Former counsel for service was AFD Griffin Estes.

I hereby certify that I am an attorney admitted to practice in this court.

Dated:  December 13, 2021

> /s/     Benjamin Gerson
> BENJAMIN GERSON
> Assistant Federal Defender
> Attorney for Defendant
> David A Nunn

Appearance and Designation of Counsel                   -1-