HEATHER E. WILLIAMS, Bar #122664
Federal Defender
KARA OTTERVANGER, FL Bar #0112110
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
DAVID A NUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  6:20-PO-00742-HBK |
| *Plaintiff,* | ) ) | **APPEARANCE OF COUNSEL OF RECORD AND DESIGNATION OF COUNSEL FOR SERVICE** |
| vs. | ) ) | |
| DAVID A NUNN, | ) ) | |
| *Defendant.* | ) ) ) | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for DAVID A NUNN, and designate counsel for service as follows:

KARA OTTERVANGER
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561

I hereby certify that I am an attorney admitted to practice in this court.

Dated:  March 7, 2023

*/s/      Kara Ottervanger*
KARA OTTERVANGER
Assistant Federal Defender
Attorney for Defendant
David A Nunn