HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID A NUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID A. NUNN,<br><br>Defendant. | Case No. 6:20-po-00742-HBK<br><br>**MOTION TO EXTEND DEADLINE FOR FILING MOTIONS; [PROPOSED] ORDER** |

      Defendant, David A. Nunn, by and through undersigned counsel, Assistant Federal Defenders Kara R. Ottervanger and Benjamin Gerson, hereby respectfully request a brief extension of the current deadline for filing motions.

      On July 9, 2024, the parties jointly requested that the trial date in this matter be vacated, as there was a significant change in the law relevant to Mr. Nunn's previously-denied Motion to Dismiss. At the request of the parties, the Court set a briefing schedule for new motions regarding the change in law. The Court set the deadline for any new briefing on August 30, 2024. Defense counsel requests an extension to September 16, 2024.

      The change in law results from two separate lengthy and detailed opinions of the Supreme Court of the United States. Defense counsel requires additional time to properly analyze the change in law and properly present the legal arguments as it relates to Mr. Nunn's case. Failure to grant the above-requested continuance would deny defense counsel the

reasonable time necessary for effective representation, taking into account the exercise of due diligence.

Defense counsel has had unexpected obstacles to the timely and adequate presentation of the renewed briefing arise. Undersigned counsel Kara Ottervanger has experienced a high volume of new cases that have required immediate attention. Undersigned has also experienced personal obligations that have taken time away from the preparation of the briefing, including a recent medical emergency. Co-counsel Benjamin Gerson has experienced several unexpected deadlines in capital cases that have been set on short-deadline since July 9, 2024, and has additional upcoming deadlines. [*See* Declaration of Benjamin Gerson].

Defense counsel proposes the following new deadlines: any motions shall be filed by September 16, 2024; any opposition shall be filed by October 16, 2024; and any reply shall be filed by October 31, 2024.

Undersigned conferred with counsel for the Government, Assistant United States Attorney Jeffrey Spivak, who has no objection to the relief sought herein.

In light of the foregoing, the undersigned believes the ends of justice are best served by continuing the briefing as requested. Accordingly, Mr. Nunn respectfully request a brief extension of the current motion deadline as set forth above.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 23, 2024

*/s/ Kara R. Ottervanger*
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for Defendant
DAVID A. NUNN

**O R D E R**

**IT IS SO ORDERED.** Any motions shall be filed by September 16, 2024; any opposition shall be filed by October 16, 2024; and any reply shall be filed October 31, 2024.

Date: _____          _____
                                     Hon. Helena Barch-Kuchta
                                     United States Magistrate Judge