*United States v. David Nunn*

**Case No. 6:20-po-00742 HBK**

**Exhibit C**

# Air Delivery and Unmanned Aircraft

- **BASE jumping** is prohibited. Hang gliding is allowed with a permit.

- Launching, landing, or operating an unmanned aircraft from or on lands and waters administered by the National Park Service within the boundaries of Yosemite National Park is prohibited. Unmanned aircraft includes (but is not limited to) model airplanes, quadcopters, and drones. The park will not issue permits for Unmanned Aircraft System (UAS), or drones, use in Yosemite National Park.

  This restriction is to protect the public from hazards and preserve the park's natural, aesthetic, and scenic values. The use of machine airborne or controlled devices, such as unmanned aircraft systems (UAS) or drones, has the potential to interfere with public safety by posing an in-flight hazard to emergency helicopter use in the park. The use of these devices also has the potential to disrupt wildlife by interrupting migration, nesting, mating, and hunting activities to include, but not limited to, protected species such as the peregrine Falcon. This restriction is in accordance with NPS Management Policy 8.2, which prohibits recreational uses that conflict with the scenic values and view sheds that the park was designated to protect and the associated activities in which individuals seek solitude and tranquility with an expectation of privacy. Furthermore, the use in designated Wilderness areas violates the Wilderness Act, which prohibits motorized equipment. An interim measure may be put into place at a later date after the park administration evaluates the appropriateness of this new use on a long-term basis.

## Medical Services

If you have an emergency, call or text 911. Ambulance service is available 24 hours per day.

The Yosemite Medical Clinic, established in 1929, accepts new patients for urgent care, primary care, and employee health. The clinic is located in Yosemite Valley between Yosemite Village and The Ahwahnee. You can reach the clinic by calling 209/372-4637.

## Public Health

Like all national parks, we are closely monitoring the news of the spread of the Coronavirus (COVID-19). Comprehensive, accurate, and up-to-date information about the virus can be found on the CDC's website. The park is taking steps to prevent illness and mitigate any impacts.

While visiting Yosemite, it's possible (though unlikely) that you could be exposed to a variety of vector-borne diseases, such as hantavirus or Lyme disease. Other public health issues in Yosemite relate to air and water quality.

## Regulations

Learn more about park regulations.

Last updated: September 26, 2022

**EXHIBIT C**