```
 1  PHILLIP A. TALBERT
    United States Attorney
 2  JEFFREY A. SPIVAK
    BRODIE M. BUTLAND
 3  Assistant United States Attorney
    MISDEMEANOR UNIT
 4  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 5  Telephone: (559) 497-4000
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:20-po-00742-HBK |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR RECONSIDERATION (ECF #61) |
| DAVID A. NUNN, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Brodie M. Butland and Jeffrey A. Spivak, Assistant United States Attorneys, hereby request a 30-day extension of time (to November 15, 2024) file its response to Defendant's Motion for Reconsideration (ECF #61).

The United States needs additional time to conduct legal research and respond to the Motion. Defense counsel has no objection and has requested a Reply deadline of December 6, 2024, in light of the Thanksgiving holiday.

///

///

///

1

Accordingly, the United States requests the Court reset the briefing schedule as follows:

|  | Current Deadline | New Deadline |
|---|---|---|
| Government Opposition | October 16, 2024 | November 15, 2024 |
| Defendant Reply (if any) | October 31, 2024 | December 6, 2024 |

DATED: October 8, 2024

Respectfully submitted,

PHILLIP A. TALBERT  
United States Attorney

By: /s/ *Jeffrey A. Spivak*  
JEFFREY A. SPIVAK  
Assistant United States Attorney

# **O R D E R**

IT IS SO ORDERED. The United States's Opposition to Defendant's Motion for Reconsideration (ECF #61) shall be filed by November 15, 2024; and the Defendant's Reply (if any) shall be filed by December 6, 2024.

DATED: October \_\_\_\_\_, 2024

                                        HON. HELENA M. BARCH-KUCHTA
                                        UNITED STATES MAGISTRATE JUDGE

3

U.S. v. Nunn
Case No. 6:20-po-00742-HBK