HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
DAVID A NUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:20-po-00742-HBK |
|---|---|
| Plaintiff, | |
| vs. | **MOTION/REQUEST FOR DEFENSE COUNSEL TO APPEAR REMOTELY AT STATUS HEARING** |
| DAVID A. NUNN, | |
| Defendant. | Date: June 17, 2025<br>Time: 10:00 a.m.<br>Judge: Helena Barch-Kuchta |

Defendant David A. Nunn, by and through undersigned counsel, Assistant Federal Defenders Kara R. Ottervanger and Benjamin Gerson, hereby respectfully request leave to appear remotely via the Zoom application at the status conference scheduled for June 17, 2025, at 10:00 a.m. in Yosemite National Park.

Counsel for the government, U.S. Park Ranger Briana Volmer, has advised that there is no objection to defense counsel appearing remotely.

                                                      Respectfully submitted,

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

Date: May 15, 2025                           */s/ Kara R. Ottervanger*
                                                      KARA R. OTTERVANGER
                                                      Assistant Federal Defender
                                                      Counsel for Defendant
                                                      DAVID A. NUNN

# **O R D E R**

**IT IS SO ORDERED.** Counsel for the Defendant, Assistant Federal Defenders Kara R. Ottervanger and Benjamin Gerson, may appear remotely at the status conference scheduled for June 17, 2025 at 10:00.

Date: _____

Hon. Helena Barch-Kuchta
United States Magistrate Judge