HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA DC Bar #90017392
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
DAVID A NUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:20-PO-00742-HBK |
| *Plaintiff,* | **APPEARANCE OF COUNSEL OF RECORD AND *CHANGE* IN DESIGNATION OF COUNSEL FOR SERVICE** |
| vs. | |
| DAVID A NUNN, | |
| *Defendant.* | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI,

paragraph B, I confirm my appearance as counsel of record in this case for DAVID A NUNN,

and designate counsel for service as follows:

> LISA N. LUMEYA
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: (559) 487-5561

Former counsel for service was AFD Kara Ottervanger and Benjamin A. Gerson.

I hereby certify that I am an attorney admitted to practice in this court.

Dated: June 11, 2025

> /s/    Lisa N. Lumeya
> LISA N. LUMEYA
> Assistant Federal Defender
> Attorney for Defendant
> David A Nunn