HEATHER E. WILLIAMS, Bar #122664
Federal Defender
Laura Myers, IL Bar #6338417
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
DAVID A NUNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:20-PO-00742-HBK |
|---|---|
| Plaintiff, | **APPEARANCE OF COUNSEL OF RECORD AND DESIGNATION OF COUNSEL FOR SERVICE** |
| vs. | |
| DAVID A NUNN, | |
| Defendant. | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for DAVID A NUNN, and designate for service as follows:

> LAURA MYERS
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: (559) 487-5561

I hereby certify that I am an attorney admitted to practice in this court.

Dated: June 24, 2025

                                        */s/ Laura Myers*
                                        LAURA MYERS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        David A Nunn