```
 1  ERIC GRANT
    United States Attorney
 2  ARIN C. HEINZ
    Assistant United States Attorney
 3  MISDEMEANOR UNIT
    BRIANA M. VOLLMER
 4  Acting Law Enforcement Specialist (Rule 180)
    2500 Tulare Street, Suite 4401
 5  Fresno, California 93721
    Telephone: (559) 497-4000
 6
 7  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:20-PO-00742-HBK |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO VACATE BENCH TRIAL AND SET CHANGE OF PLEA AND SENTENCING |
| DAVID A. NUNN, | |
| Defendant. | Date: September 16, 2025<br>Time: 10:00 a.m.<br>Court: Hon. Helena M. Barch-Kuchta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for a bench trial on September 15, 2025, at the United States District Court for the Eastern District of California courthouse located in Yosemite National Park [CR. 70].

2. The parties have reached a plea agreement in this matter [CR. 72].

3. By this stipulation, the defendant now moves to vacate the trial and schedule a change of plea and sentencing hearing on September 16, 2025, at the United States District Court for the Eastern District of California courthouse located in Yosemite National Park.

4. The government does not object to the September 16, 2025, change of plea and sentencing date.

IT IS SO STIPULATED.

DATED: September 4, 2025    Respectfully submitted,

ERIC GRANT
United States Attorney

By:    */s/ Arin C. Heinz*
ARIN C. HEINZ
Assistant United States Attorney

DATED: September 4, 2025    Respectfully submitted,

By:    */s /Lisa Lumeya*
LISA LUMEYA
Counsel for the Defendant
DAVID A. NUNN

[**PROPOSED**] **ORDER**

Pursuant to the parties' stipulation and the grounds stated therein, the Court vacates the bench trial set for September 15, 2025, and sets a change of plea and sentencing hearing for September 16, 2025, at 10:00 a.m. before the Hon. Helena M. Barch-Kuchta at the United States District Court for the Eastern District of California courthouse located in Yosemite National Park.

IT IS SO ORDERED.

DATED: September _____, 2025

_____
HON. HELENA BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE